
CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 13 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Kay Coleman
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:99-cr-70054-6 |
| v. | § 2255 ORDER |
| CLAUDIO OTERO, JR., Petitioner. | By: Hon. Norman K. Moon United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that Otero's motion (no. 493) is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; the Clerk shall **OPEN** a new action for this § 2255 motion; this new § 2255 action is **DISMISSED without prejudice** as a successive § 2255 motion; and the case is **STRICKEN** from the active docket of the court.

Further finding that Otero has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a Certificate of Appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the United States.

ENTER: This 13th day of June, 2011.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE